NANOMEDICON, LLC, Appellant, v RESEARCH FOUNDATION OF STATE UNIVERSITY OF NEW YORK, Respondent, et al., Defendant. (And a Third-Party Action.)

Submitted May 19, 2014; decided July 1, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of NEW YORK CITY ASBESTOS LITIGATION.

ROBERT GERMAIN, SR., Respondent, v A.O. SMITH WATER PRODUCTS Co. et al., Defendants, and LIBERTY MUTUAL INSURANCE COMPANY, Appellant. (And Other Actions.)

Submitted June 9, 2014; decided July 1, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of STEPHANIE CANNON O'BRIEN, Appellant, v THOMAS P. DINAPOLI, as New York State Comptroller, et al., Respondents.

Submitted May 27, 2014; decided July 1, 2014

Motion by the New York State Police Investigators Association for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavits are accepted as filed.